**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**AMELLIA DE ANDA,**
            **Plaintiff,**

        **vs.**                                                    **No. CIV 18-87 SMV**

**NANCY A. BERRYHILL,**
**Acting Commissioner of the Social Security**
**Administration,**

            **Defendant.**

**ORDER TO SEAL ADMINISTRATIVE RECORD**

THIS MATTER having come before the Court upon Defendant's Unopposed Motion to

Seal Administrative Record (Doc. 12), it being stated that Plaintiff concurs in the granting of the

motion, the Court having read the motion and being fully advised in the premises finds that there

is good cause for granting the motion.

IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the

above-referenced case shall be permanently sealed.  Access to the administrative record shall be

limited to the Court and the case participants only.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 6/4/18*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronically approved 6/4/18*
BENJAMIN EILERS DECKER
Attorneys for Plaintiff