IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMELLIA DE ANDA,

    Plaintiff,

v.         CIV. NO. 1:18-CV-00087-SMV

NANCY BERRYHILL,
ACTING COMMISIONER OF
SOCIAL SECURITY

    Defendant

## UNOPPOSED ORDER ON PLAINTIFF'S STIPULATED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO REVERSE AND/OR REMAND

Upon consideration of Plaintiff Stipulated Motion for Extension of Time to File his Motion to Reverse and/or Remand, the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until 08/30/2018 to file his Motion to Reverse and/or Remand; Defendant shall have until 10/25/2018 to file a Response, and Plaintiff shall have until 11/22/2018 to file a reply.

BY THE COURT:

_____
Hon. Stephan M. Vidmar,
United States District Court

SUBMITTED AND APPROVED BY:


_____
Benjamin E. Decker
Attorney for Amellia De Anda
Decker Law Office, LLC
P.O. Box 92740
Albuquerque, NM 87199
(505) 369-6272
(505) 395-9296


***By email on 06/13/2018***
_____
Ms. Melissa Schuenemann, Special Assistant U.S. Attorney
Special Assistant United States Attorney