IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMELLIA DE ANDA,

  Plaintiff,

v.      CIV. NO. 1:18-CV-00087-SMV

SOCIAL SECURITY ADMINISTRATION

  Defendant

### UNOPPOSED ORDER ON PLAINTIFF'S STIPULATED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO REVERSE AND/OR REMAND

Upon consideration of Plaintiff Stipulated Motion for Extension of Time to File her Motion to Reverse and/or Remand, the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until 09/13/2018 to file her Motion to Reverse and/or Remand; Defendant shall have until 11/08/2018 to file a Response, and Plaintiff shall have until 12/06/2018 to file a reply.

BY THE COURT:

_____
Hon. Stephan M. Vidmar, United States District Court

SUBMITTED AND APPROVED BY:

_____ /s/ 08/30/2018
Benjamin E. Decker      _____
Attorney for the Plaintiff      Ms. Melissa Schuenemann,
              Special Assistant United States Attorney